# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

INTERNATIONAL COMFORT     *
PRODUCTS CORP.           *
                                  *
                                  *

       Plaintiff            *

                                  *    **MISC. No. 97-44(SEC)**

v.                                *
                                  *

RODRIGO CAICEDO-YUSTI, ET AL.   *
                                  *
                                  *

       Defendants        *
********************************

*RECEIVED & FILED 01 SEP 27 PM 3:28 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

## JUDGMENT

On September 12, 2001, Plaintiff in the above-captioned action filed a request of voluntary dismissal **(Docket #17)**. Pursuant to said motion, and under Fed. R. Civ. P. 41(a)(2), the above-captioned case shall be **DISMISSED WITHOUT PREJUDICE.** Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this _26_ day of September, 2001.

SALVADOR E. CASELLAS
United States District Judge